| PROB 22 (Rev. 8/97) | | DOCKET NUMBER *(Tran. Court)* 2:02CR00121-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED 07 FEB 12 AM 9:13 | DOCKET NUMBER *(Rec. Court)* 8:07-CR-00043-T-30MSS |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Armando Sanchez Unknown | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION Corpus Christi |
| | NAME OF SENTENCING JUDGE Honorable Janis Graham Jack | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/14/05 — TO 04/13/10 |

OFFENSE

Possession with Intent to Distribute Approximately 151 Kilograms of Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/CORPUS CHRISTI DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Middle District of Florida/Tampa Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

2-7-07
Date

Janis Graham Jack
U.S. District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA/TAMPA DIVISION

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

7 Feb. 2007
Effective Date

United States District Judge